IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD E. FOWLER, | ) | 4:08CV3176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WANDA, Last name N/A, In her | ) | |
| Official Capacity as Manager: Biotest | ) | |
| Plasma Center, and BIOTEST | ) | |
| PHARMACEUTICAL, Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Richard E. Fowler, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

August 29, 2008.              BY THE COURT:

                              *S/Richard G. Kopf*
                              United States District Judge